Michael Cukor, Esq.
Vincent E. McGeary, Esq.
**MCGEARY CUKOR LLC**
7 Dumont Place
Morristown, NJ 07960
Telephone:	(973) 339-7367
Facsimile:	(973) 200-4837
Email:		mcukor@mcgearycukor.com
*Local Counsel for Defendant Body Dynamics, Inc.*

John T. Wilson, Esq.
Jennifer M. Rynell, Esq.
Leigh Caudle Whitaker, Esq.
**WILSON LEGAL GROUP P.C.**
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
Telephone:	(972) 248-8080
Facsimile:	(972) 248-8088
Email:		eservice@wilsonlegalgroup.com
*Pro Hac Vice Attorneys for Defendant Body Dynamics, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHYTOCEUTICALS, INC,<br><br>                    Plaintiff,<br><br>v.<br><br>BODY DYNAMICS, INC.,<br><br>                    Defendant. | Civil Action No. 2:20-cv-03549-ES-CLW<br><br>Hon. Esther Salas, U.S.D.J.<br>Hon. Cathy L. Waldor, U.S.M.J.<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TO PARTIALLY DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** |

PLEASE TAKE NOTICE that Defendant Body Dynamics, Inc. ("Defendant") will move before the Honorable Esther Salas, U.S.D.J., at the next motion date or at such time as the court Orders for an Order dismissing Plaintiff Phytoceuticals, Inc.'s Complaint in its entirety for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) or, in the alternative, dismissing Plaintiff's request for a declaratory judgment regarding the validity of U.S. Trademark

Registration No. 5,844,074 for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).

In support of this Motion, Defendant will rely on the its Brief in Support filed herewith, any supporting documents and declarations, reply papers, and arguments of counsel at any hearing on this Motion.

| | |
|---|---|
| **DATED**:  June 12, 2020. | Respectfully submitted,<br><br> /Michael Cukor/s<br>Michael Cukor<br>Vincent McGeary<br>**MCGEARY CUKOR LLC**<br>7 Dumont Place<br>Morristown, NJ 07960<br>Telephone:     (973) 339-7367<br>Facsimile:      (973) 200-4837<br>Email:             mcukor@mcgearycukor.com<br>                        vmcgeary@mcgearycukor.com<br><br>John T. Wilson*<br>Texas Bar No. 24008284<br>Jennifer M. Rynell*<br>Texas Bar No. 24033025<br>Leigh Caudle Whitaker*<br>Texas Bar No. 24094260<br>**WILSON LEGAL GROUP P.C.**<br>16610 Dallas Parkway, Suite 1000<br>Dallas, Texas 75248<br>(T) 972.248.8080<br>(F) 972.248.8088<br>(E) eservice@wilsonlegalgroup.com<br>*Admitted pro hac vice<br><br>**Attorneys for Defendant Body Dynamics Inc.** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2020, a copy of the foregoing Notice of Motion was filed and served via the Court's CM/ECF system on Plaintiff's counsel:

Paul H. Kochanski
pkochanski@lernerdavid.com
Kendall K. Gurule
kgurule@lernerdavid.com
LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP
20 Commerce Drive
Cranford, New Jersey 07016

*/Michael Cukor/s*
Michael Cukor
**MCGEARY CUKOR LLC**
7 Dumont Place
Morristown, New Jersey 07960
mcukor@mcgearycukor.com